PETER GILLEN, as Administrator, etc., Appellant, *v.* THE TUCKER AND CARTER CORDAGE COMPANY, Respondent.

(Argued December 16, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 11, 1889, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at circuit.

*J. Stewart Ross* for appellant.

*Franklin A. Paddock* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JACOB SCHOLLE et al., Individually and as Executors, etc., Respondents, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued December 16, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 20, 1889, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial without a jury.

*David J. Dean* for appellant.

*Alexander B. Johnson* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.